JS-6

| | |
|---|---|
| 1 | Michael A. Gould (SBN 151851) |
| 2 | Aarin A. Zeif (SBN 247088) |
|   | GOULD & ASSOCIATES |
| 3 | A Professional Law Corporation |
| 4 | 17822 East 17th Street, Suite 106 |
|   | Tustin, California 92780 |
| 5 | Telephone: (714) 669-2850 |
| 6 | Telecopier: (714) 544-0800 |
| 7 | |
|   | Richard A. Jones (SBN 117679) |
| 8 | Law Offices of Richard A. Jones |
|   | 1820 E. 17th Street |
| 9 | Santa Ana, California 92705 |
| 10 | Telephone: (714) 480-0200 |
| 11 | Facsimile: (714)-480-0423 |

Attorneys for Plaintiff
Alan Martineau

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MARTINEAU, an individual, | CASE NO.: EDCV 13-01230 VAP (OPx) |
| Plaintiff, | [Honorable Judge Virginia A. Phillips] |
| v. | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| RYDER INTEGRATED LOGISTICS OF CALIFORNIA CONTRACTORS, LLC, and DOES 1 through 25, | Case Filed: May 6, 2013 |
| Defendants | |

- 1 -
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: 11/18/14

*Virginia A. Phillips*
Hon. Judge Virginia A. Phillips
United States District Court Judge